UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARIKO SHINAGAWA, et al.,

                Plaintiffs,   22-CV-10173 (OTW)

                -against-   **ORDER**

UNITED STATES OF AMERICA, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 109.

The parties are directed to file a joint status letter on the docket by **December 19, 2024**, apprising the Court of the status of their efforts to finalize an infant compromise order. The parties' letter should also indicate whether they believe an additional telephonic conference with the Court would be helpful in resolving this matter, and, if so, proposing three dates and times for the weeks of January 13 and January 21, 2025.

        SO ORDERED.

Dated: December 10, 2024
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge